United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1030

_____

Carolyn A. Moore,                              *
                                               *
              Appellant,                       *
                                               *
       v.                                      *   Appeal from the United States
                                               *   District Court for the
County Market, Mad Butcher Inc.,               *   Eastern district of Arkansas.
                                               *
              Appellee.                        *        [UNPUBLISHED]

_____

Submitted: October 2, 1997
Filed: October 8, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

      Carolyn Moore appeals the district court's[1] grant of judgment as a matter of law in favor of defendant in her employment discrimination action. After careful review of the record and the parties' briefs on appeal, we conclude that the judgment of the district court was correct, and that an extended opinion would have no precedential value.

_____

      [1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.